**FILED - GR**

May 15, 2009 3:21 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __ald__ /_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. **1:09-cr-149**

vs.

Hon. **Janet T. Neff
U.S. District Judge**

TIMOTHY J. COOPER,

Defendant.

_____/

**FELONY INFORMATION**

The United States Attorney charges:

(Misappropriation of Postal Funds)

Between in or about July 2007, and on or about November 7, 2008, in Kent County, in

the Western District of Michigan, Southern Division,

**TIMOTHY J. COOPER,**

being a Postal Service employee, did, without lawful authorization, convert to his own use

money coming into his hands or under his control, in the execution of his employment, in that, on

multiple separate occasions he removed postal funds in a total amount exceeding $1,000.

18 U.S.C. § 1711

DONALD A. DAVIS
United States Attorney

Date: 5/15/09

NILS R. KESSLER
Assistant United States Attorney